IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANIWAY T. JUDAVAR,<br>MARIVIC DESUASIDO,<br>JUDITH FUENTES PAREJA, and<br>CARNISAH CALIM,<br>　　c/o JENNER & BLOCK LLP<br>　　1099 New York Avenue, N.W.<br>　　Suite 900<br>　　Washington, DC 20009<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ESSA MOHAMED AL MANNAI,<br>HAYA ALKUBAISI,<br>WEDHAD ALDASORI AL MANNAI, and<br>HAMAD MOHAMED AL MANNAI,<br><br>　　　　Defendants. | Civ. No. 1:11-cv-00625-JDB |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiffs Aniway T. Judavar, Marivic Desuasido, Judith Fuentes Pareja and Carnisah Calim (the "Plaintiffs"), by and through their counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this matter *with prejudice* as to Defendants Essa Mohamed Al Mannai, Haya Alkubaisi, Wedhad Aldasori Al Mannai, and Hamad Mohamed Al Mannai (the "Defendants").

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides:

　　(a) VOLUNTARY DISMISSAL.

　　　　(1) *By the Plaintiff.*

> (A) *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
>> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

The Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed *with prejudice* and without an Order of the Court.  Each party is to bear its own costs and attorney fees.

Respectfully submitted,

10/6/2011
Date

Lorelie S. Masters (D.C. Bar No. 358686)
Martina E. Vandenberg (D.C. Bar No. 476685)
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066
Emails:  lmasters@jenner.com
         mvandenberg@jenner.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on _October 6_, 2011, I served a true and accurate copy of the above and foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE to the individual listed below, and I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

> Gregory B. Craig
> Skadden, Arps, Slate, Meagher & Flom LLP
> 1440 New York Avenue, N.W.
> Washington, DC 20005
> Telephone: (202) 371-7400
> Facsimile: (202) 661-9100
>
> Counsel for Defendant Essa Al Mannai

Dated: _October 6_, 2011

Lorelie S. Masters (D.C. Bar No. 358686)
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
Email: lmasters@jenner.com

Counsel for Plaintiffs